| | | | |
|---|---|---|---|
| | AUSA: Christopher Rawsthorne | Telephone: | (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Adam Christensen | Telephone: | (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
John Michael Garron

Case: 2:23−mj−30218
Assigned To : Unassigned
Assign. Date : 5/26/2023
CMP: USA v GARRON (MAW)

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __approximately 2020 and April 30, 2021__ in the counties of __Livingston & Oakland__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Production of child pornography |
| 18 U.S.C. § 2252A(a)(1) | Transportation of child pornography |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Adam Christensen, Special Agent (FBI)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: May 26, 2023

_____
*Judge's signature*

City and state: Detroit, Michigan

Hon. Elizabeth A. Stafford, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR SEARCH WARRANTS

I, Adam Christensen, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

### INTRODUCTION

1. I have been employed as a Special Agent of the FBI since 2010 and am currently assigned to the Detroit Division. While employed by the FBI, I have investigated federal criminal violations related to cyber-crimes, primarily in the area of online child exploitation, and child pornography. I have gained experience through training and everyday work relating to conducting online investigations. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. §§ 2251 and 2252A. I am authorized by law to request a search warrant.

2. I make this affidavit in support of a complaint and arrest warrant charging John Garron with violating 18 U.S.C. § 2251 (sexual exploitation of children) and 18 U.S.C. § 2252A(a)(1) (transportation of child pornography).

3. This affidavit is submitted for the limited purpose of securing an arrest warrant. I have not included each and every fact known to me concerning this investigation. This affidavit is based on my personal knowledge, experience, and

training as well as on information obtained by me through investigative observations and conversations with other FBI agents and agents from other law enforcement agencies.

## SUMMARY OF PROBABLE CAUSE

4. The Federal Bureau of Investigation (FBI) is investigating John Garron, for possession, transportation, and production/attempted production of child pornography. Wickr[1] account greatlakes18 engaged in sexually explicit conversations in a Wickr group chat named "Hot underage girls." Greatlakes18 posted a child sexual abuse material (CSAM) image of a prepubescent minor female in the chat and stated it was his "step" who was "10." Through subpoena returns, Wickr greatlakes18 is associated with John Garron who at the time resided in the Western District of Michigan. In 2019, John Garron posted an image of an adult female and minor female who John Garron states is his stepdaughter. The father of the minor female was interviewed on May 26, 2023 and stated that a sanitized image that had been posted by Wickr account greatlakes18 was his daughter and that the room in the picture appeared to be his daughters room when she lived with her mother and Garron in Milford, Michigan, in the Eastern District of Michigan. A query of the National Center for Missing and Exploited Children revealed a report

---

[1] Wickr- "Wickr is a secure communications company with a mission to transform the way companies and organizations protect valuable, high-target communications."

from Dropbox from April 30, 2021 in which John Garron had uploaded child pornography videos to a Dropbox from a residence in Howell, Michigan in the Eastern District of Michigan.

## PROBABLE CAUSE

## SEXUAL EXPLOITATION OF CHILDREN

5. On or about October 24, 2021 to October 27, 2021, an FBI Online Covert Employee was on Element[2] in an undercover capacity, and was direct messaging with Element user greatlakes18. Below are excerpts from the conversation:

| | |
|---|---|
| greatlakes18 | Doesn't matter to me. I heard you have a daughter you play with? |
| OCE | Have a stepdaughter, stepson and niece I've spent time with<br>You? |
| greatlakes18 | Just my step daughter. Started creeping on her when she was 7, she's 9 now<br>How old are your girls? |
| OCE | Nice<br>Cori is 8 and Steph, my niece, is 11<br>What sort of stuff have you done? |
| greatlakes18 | Mostly creeping when she's been sleeping. Taking pics, cum on her a few times. Got a finger in a couple times also. Lately been getting vids under the bathroom door when she's getting in the shower.<br>How about you? |

The account greatlake18 later stated, "Alright.. took today off. Got a script for trazodone to try on my step. They wanted to start there before going to Ambien."

---

[2] Element- "An entire communications platform under your control, with end-to-end encrypted voice, video, messaging and collaboration."

3

6. On or about May 19, 2023, an FBI Online Covert Employee (OCE) was on Wickr in an undercover capacity, and observed the Wickr group "Hot underage girls," and the below conversation:

| | |
|---|---|
| greatlakes18 | [Image posted of a minor female (approximately ten years old) lying on her stomach while fingers are pulling her underwear away to expose her vagina.]<br><br>That's the best shot from that night |
| barebackbull | [responds to the image posted by greatlakes18]<br>Beautiful smooth tight cunt<br><br>How old is she? |
| stacythefucktoy | [responds to an image posted by mbackup728]<br>Passed out and ready? |
| greatlakes18 | 10 |
| barebackbull | Gorgeous |
| mbackup728 | I love 10 such a good age mine was 9 in the last one she's 11 now<br><br>[responds to the image posted by greatlakes18]<br>Cute lil pussy I assume you know her loll who is she to you? |
| greatlakes18 | Yea my step |

7. On or about May 23, 2023, Wickr, Inc. responded to an emergency request seeking information for Wickr account greatlakes18, with the following information:

4

| Other Metadata (Pushtokens) |
|---|
| 5495531a774152e81723a70aefaf59995c29bc56c0e82bf69fefb7c82fa9dcb0 |
| 9d58a799103442c077ddbc266dba91a4319072b76e66daa3c6c1294677599ba9 |
| 982ba659848cbf3d60597de356bee9c57df2c012d6d3b042b8db0d79ad2759c5 |
| 4528d02d9288caae0a4151137faabb821c2742cbacbec729613b65cf5b63f2e8 |
| 59399e4ce438232773532af4afb5e193449f00cfd1884f3521ded9748ac264b9 |

Type of Service: iOS[3]

8. On or about May 24, 2023, Apple, Inc. responded to an emergency request seeking information for the push tokens[4] provided by Wickr (see paragraph 10), with the following information:

> Subscriber Name: John M. Garron
> Address: *************, South Lyon, MI
> Email: jgarron**@gmail.com
> Phone: 248-974-****
> Phone: 248-660-****

9. Apple, Inc. also provided IP address logs for the subscriber of the push tokens. On May 21, 2023 at 19:10:45 PDT, Apple logged IP address 50.107.76.125 for user activity associated with telephone number 248-660-****and Gmail account jgarron**@icloud.com.

---

[3] iOS- Apple mobile operating system.

[4] Push token- Are unique alpha-numeric strings that allow mobile applications to communicate with the underlying user's mobile device.

5

10. On or about May 25, 2023, Frontier Communications of America was identified as the internet carrier for IP address listed in the Apple return. A subpoena was issued to Frontier for subscriber information for the user of IP address 50.107.76.125 on May 21, 2023 at 19:10:45 PDT. Frontier provided the following subscriber information:

    Customer Name: John Garron
    Email address: jgarron**@gmail.com
    Contact number 248-660-****
    Account Address: ********, Stockbridge, Michigan

11. A search of Facebook for John Garron revealed the following account: username: john.garron; UID: 575968*** The profile image posted on the Facebook account is visually similar to the driver's license image of John Garron. On or about November 7, 2019, an image was posted of John Garron, an adult female and a minor female. The minor female was identified a residing in the Eastern District of Michigan with a birthday in the year 2010, and is hereafter referred to as MV1. John Garron responded to a comment "…the little ones my step daughter, the other is her mom lol"

12. Based in part on the information provided above a search warrant was authorized in the Western District of Michigan for the current residence of Garron on May 25, 2023. The warrant was executed that evening. In addition to multiple locked electronic devices, inside the house a bottle of prescription pills for trazadone

and Ambien were found, matching the comment made by Element user greatlakes18 described above.

13. On May 26, 2023, the father of minor female that Garron identified as his step daughter was interviewed. He was shown a sanitized image that was shared by Wickr user greatlakes18 described above. He stated that he believed that the image was of his daughter and identified a pillow in the image. He believed that the photograph was taken in his daughter's bedroom from the time that she was living with her mother and John Garron in a residence in Milford, Michigan in the Eastern District of Michigan. Based on the information provided by the minor females father and the information provided by Wickr user greatlakes18, it is believed the minor female was 10 years old at the time the image was taken, which would have been in 2020. I believe that while Garron no longer has access to the child, he sent the group on Wickr an image that he previously manufactured using the child in approximately 2020.

## TRANSPORTATION OF CHILD PORNOGRAPHY

14. The National Center for Missing and Exploited Children (NCMEC) was queried for the accounts associated with Garron above, including his email address jgarron**@gmail.com. There was a report from April 2021 from Dropbox associated with this account. The report showed that a Dropbox account associated with the email address and User Name John Garron had uploaded six videos that

were of known child pornography. The titles of these videos included: 1) (Kinderkutje) (Kleuterkutje) Cp 6Yo-7Yo Fuck Uncle Pthc - Open-Nobull Family Fun Dad Teaches Bro And Sis Abt 9,10 Kid Sex Incest Pedophilia Boy Girl.avi, 2) !!!(~pthc center~)(opva soft)(2014) naked toilet 5yr white girl with ass show swimsuit youtube.avi, 3) ! New ! (Pthc) Daddy's Girl - 12Yo Daddy Bj 07.avi, 4) ! new ! (pthc) tara 8yr orgasm and anal fuck hard ! tara.3gp, 5) (~Pthc Center~)(Opva)(2012) 6Yo Loli Masturbates Mov000** 2.avi, - blond 13Yo and 6) 14yo Boys fuck.ru Pthc Pedo.0** (100).mpg. I have viewed these videos and based on my training and experience they meet the Federal definition of child pornography.

15. The NCMEC report also included an upload log report from Dropbox. This showed that all six videos were uploaded to Dropbox on April 30, 2021 from a Mac device with username Johns-MacBook-Pro from the Downloads folder. The IP associated with the logins to this account were from 68.40.46.109 between August 15, 2020 and April 11, 2021. A subpoena was served on Comcast for the subscriber information for this IP address which showed the subscriber was John Garron at an address in Howell, Michigan 48843 which is in the Eastern District of Michigan. Information received from the school of MV1 showed that this was the known residence of her mother.

16. Because he uploaded these files using Dropbox, an internet application, Garron used a facility of interstate commerce to transport these images.

## CONCLUSION

17. Probable cause exists for a complaint and arrest warrant for a violation of 18 U.S.C. § 2251 (sexual exploitation of children) and 18 U.S.C. § 2252A(a)(1) transportation of child pornography.

Respectfully submitted,

Adam Christensen, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
HON. ELIZABETH A. STAFFORD
UNITED STATES MAGISTRATE JUDGE

Date:   May 26, 2023